OFFICE OF DISCIPLINARY COUNSEL *v.* GUNNOE.

[Cite as *Disciplinary Counsel v. Gunnoe* (1997), 79 Ohio St.3d 191.]

(No. 97–435—Submitted April 16, 1997—Decided July 16, 1997.)

*Geoffrey Stern,* Disciplinary Counsel, *Cynthia L. Roehl* and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Gerald E. Gunnoe, pro se.*

---

*Per Curiam.* Upon review of the record, we adopt the findings, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.